AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| NEW YORK MARINE & GENERAL INSURANCE COMPANY, | ) )<br>)<br>) |
| *Plaintiff(s)* | ) )<br>) |
| v. | ) )  Civil Action No.  1:26 cv 05006 |
| CASE CASH FUNDING, LLC,  ET AL | ) )<br>) |
| *Defendant(s)* | ) )<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEE ATTACHED RIDER.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  THE WILLIS LAW GROUP, PLLC
DANIEL A. JOHNSTON
1985 Forest Lane
Garland, Texas 75042
Telephone: 214 736 9733
Email: DJohnston@thewillislawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     06/17/2026                                    /S/ V.  BRAHIMI

*Tammi M. Hellwig*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26 cv 05006

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

                                                 _____
                                                 *Server's signature*

                                                 _____
                                                 *Printed name and title*


                                                 _____
                                                 *Server's address*

Additional information regarding attempted service, etc:

## RIDER TO SUMMONS IN A CIVIL ACTION

1)   CASE CASH FUNDING, LLC, 520 Eighth Avenue, Suite 1001, New York, NY 10018

2)   CASE CASH FUNDING LLC, C/O HARVARD BUSINESS SERVICES, INC, 16192 Coastal Hwy, Lewes, DE 19958

3)   NEW WORLD GE I, LLC s/d/b/a CASECASH GP, LLC, 520 Eighth Avenue, 9th Floor, New York, NY 10018

4)   NEW WORLD GE II, LLC s/d/b/a CASE CASH FUNDING II, LLC, 520 Eighth Avenue, 9th Floor, New York, NY 10018

5)   CASE CASH FUNDING III, LLC, 520 Eighth Avenue, Suite 1001, New York, NY 10018

6)   And/or C/O CORPORATION TRUST CENTER, 1209 Orange St, Wilmington, DE 19801

7)   CASECASH EXPRESS, INC., 520 Eighth Avenue, Suite 900, New York, NY 10018

8)   CASE CASH INC., 26 Court Street, Suite 1104, Brooklyn, NY, 11242

9)   GREGORY ELEFTERAKIS, 80 Gold St., Suite #5d, New York, NY 10038

*NYM v. Case Cash Funding LLC et al*
*Summons with Rider*
*3 | P a g e*